IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LONGSTREATH**                                                           **PLAINTIFF**
**ADC #100077**

v.                              Case No: 4:21-cv-001184 BRW

**POPE COUNTY DETENTION CENTER,** *et al.*                       **DEFENDANTS**

### ORDER

On December 6, 2021, United States Magistrate Judge Patricia Harris entered an order informing Mr. Gilliam that he must file an amended complaint within 30 days.[1]  Mr. Longstreath was warned that his complaint may be dismissed if he did not file an amended complaint.  It has been over 30 days since Mr. Longstreath was directed to file an amended complaint, and he has not done so. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[2]

IT IS SO ORDERED this 12th  day of January, 2022.

           BILLY ROY WILSON
           UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).